THE NEW HAVEN TAXICAB COMPANY *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.

Argued October 28th—decided December 20th, 1913.

ACTION to recover damages for negligently running into and demolishing the plaintiff's automobile, brought to the Superior Court in New Haven County and tried to the jury before *Bennett, J.;* the court directed a verdict for the defendant, from the judgment upon which the plaintiff appealed. *No error.*

*Edmund Zacher* and *William B. Ely,* for the appellant (plaintiff).

*Thomas M. Steele* and *Harrison T. Sheldon,* for the appellee (defendant).

PER CURIAM.   Upon the evidence the jury could not reasonably have found that the plaintiff's chauffeur who at the time of the accident was in charge of and operating its automobile, which was damaged, was free from contributory negligence.   The verdict for the defendant was therefore properly directed.

There is no error.